MICHAEL MYERBERG, Appellant, *v.* EDWIN S. WEBSTER, JR. et al., Copartners Under the Firm Name of KIDDER PEABODY & Co., et al., Respondents.

Argued February 27, 1946; decided April 18, 1946.

*Emil K. Ellis, Jonas Ellis* and *Myron A. Ellis* for appellant.
*Frank J. Berberich, Arthur D. Dean* and *William Piel, Jr.,* for Kidder Peabody & Co., respondent.

*James V. Hayes, John A. Morhous, George P. Lane* and *Franklin Waldheim* for Walt Disney Productions, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.